## STATEMENT OF FACTS

Leading up to June 3, 2016, Detective Timothy Palchak, the undersigned detective, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. Acting as an undercover task force officer ("UC"), the undersigned had posted an online advertisement in a predicated area of the online website for classified advertisements, which, based the UC's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of terminologies such as "No Limit" and "Taboo."

On June 3, 2016, an individual with a profile name of, "James Bizzell," subsequently identified as James Franklin Bizzell (Bizzell), answered the UC's advertisement, stating, "How old r urs"?[1] The UC replied, "Hey mine is young, yours?" Bizzell replied, "12 u got boy or girl"? Bizzell emailed the UC his cellular phone number, which he stated was 575 626 1450.

The UC and Bizzell then continued their communications via text messaging. During the course of the messaging exchange, Bizzell stated that he is sexually active with his biological 12-year-old daughter and has been since she was in diapers. Bizzell stated that he is divorced and has shared custody of his daughter. Bizzell told the UC that he recently moved to Georgia and will next have access to his daughter on June 10, 2016. Bizzell told the UC regarding his wife that "I kick that bitch out long ago lol we are fully active," which the UC understood to mean that Bizzell is sexually active with his daughter. The defendant stated that he has his daughter every other weekend, and told the UC that he is going to see his daughter next on June 10, 2016.

Regarding his sexual activity with his daughter, Bizzell told the UC that his daughter "loved it after she startd raggn. Little blond bombshell." When asked by the UC if he had "pics" of his daughter, Bizzell responded, "I got a few wat bout u"? The UC also asked Bizzell if he "shared" his daughter, to which Bizzell responded, "Not yet but the thought of it is hot, I would for sure if I had total trust but most of the dads that say they are active sent me pics of reg kiddy stuff that I have seen 10 years ago lol."

During the course of the text communication, Bizzell sent the UC a series of images depicting his daughter. One of the images depicted a young girl with blond hair who is sitting at a table with a plate of food in front of her. The girl is topless with her bare breasts exposed. Bizzell sent another image depicting the same girl standing completely naked with her left hand on her hip with her legs slightly spread. The girl has pink paint on her body that starts on her legs and goes up to her bare breast. The paint covers much of her torso but leaves her vaginal area exposed. Bizzell then sent the UC 2 images of the same girl with the same pink paint design covering her torso, with her vaginal area left unpainted. The girl is lying on a couch with her hands above her head and her legs are slightly spread, exposing her bare hairless vagina. Bizzell said to the UC during the course of sending images of his daughter, "I cudnt resist her ;)".

---

[1] All text abbreviations and typographical errors in quoted language are original.

Bizzell then continued to barter with the UC in an attempt to get the UC to send more graphic images of his daughter.

The UC sent Bizzell one image of his purported daughter's abdominal area. The image did not depict a real child. Bizzell stated, "I have no prob traden pic for pic." He also stated, "Im really hopen we will go further than pics." Bizzell also stated, "So since I showed u my girls puss can u show me urs plz"?

Bizzell then began discussing with the UC that he would make a video of his daughter for the UC: "will make a good video for u." The defendant continued, "Not supposed to have her till next week but she [Bizzell's ex-wife] needed me to watch her for an hour so I'm waiting for her to get here."

Using law enforcement sensitive databases, the user of that telephone number was identified as James Franklin Bizzell formerly of Roswell, NM, but currently residing in Glennville, GA. Open source searches identified a social networking profile for Bizzell (www.facebook.com/james.bizzell.56), his purported ex-wife, and several profiles linked to the suspected victim. Comparison of publicly available photographs of the victim were compared to the images sent by Bizzell to the UC and yielded a matched. An inquiry with the Postal Service revealed that James Bizzell is receiving mail at 85 Post Oak Road NE Lot 9, Glennville, Ga. 30427.

Subscribed and sworn to before me this 9th day of June 2016.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

_____
UNITED STATES MAGISTRATE JUDGE